GEORGE E. STILL, Respondent, v. HARRIET I. STILL, Appellant, Impleaded with Another.— Judgment in so far as it decrees specific performance of defendant-appellant's contract to secure the annuity to plaintiff affirmed, without costs; but as to the requirement of corporate security, and the amount of the bond, the case is remitted to the Special Term for proof of the age of plaintiff, and the circumstances of defendant-appellant, and such other facts as may be necessary to enable the court to make findings in these particulars. If the parties will stipulate as to these matters, further hearings will be unnecessary. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

JOSEPH M. WELLS, Respondent, v. WALTER K. FREEMAN, Defendant, and GLADYS M. FREEMAN, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

JOHN DOOLEY, Appellant, Respondent, v. EDWARD A. SEAMAN, as Executor, etc., of PATRICK MAHONEY, Respondent, Appellant.— Motion denied, without prejudice to an application at Special Term as to offset of printing disbursements against costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Report of THE CHAMBERLAIN OF THE CITY OF NEW YORK to the Appellate Division, Second Department, pursuant to rule LXVIII of the General Rules of Practice.— Matter referred to the Hon. Josiah T. Marean as official referee. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Lawrence Avenue from Forty-seventh Street to Ocean Parkway, etc.— Motion for leave to appeal to the Court of Appeals denied. Reargument ordered, and case set down for Wednesday, February 27, 1918. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

In the Matter of a Paper Writing Purporting to Be the Last Will and Testament of THEODORE A. LORD, Deceased.— Motion for stay granted on condition that appellant perfect the appeal, place the case on the calendar for Monday, February 25, 1918, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. The stay, however, is modified so as not to prevent the examination of witnesses before trial. Present — Thomas, Mills, Putnam, Blackmar and Kelly, JJ. Order to be settled before Mr. Justice Putnam.